1  J. PATRICK HERON, Esq.
   (State Bar No. 45331)
2  LAW OFFICES OF J. PATRICK HERON
   1330 Lincoln Avenue, Suite 308
3  San Rafael, CA 94901

4  Telephone Number:   (415) 459-4983
   Facsimile Number:   (415) 485-5338
5
   Attorney for Defendant
6  WALTER GEORGE DICKSON

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | WALTER GEORGE DICKSON,          | Case No. C 04 4947 PJH ENE
12 |     Plaintiff                   |
   |                                 | AGREEMENT SETTING ENE DATE
13 |     v.                          | + ORDER EXTENDING TIME
14 | JEFFREY TAYLOR, AL FLORES,      | FOR SAME
   | RICHARD BATES, MATTHEW NORTH,   |
15 | ANDREW SMITH, ERIK RICHARDSON,  |
   | THE MARIN COUNTY SHERIFF'S      |
16 | OFFICE, COUNTY OF MARIN, and    |
   | DOES 1 through 100, inclusive,  |
17 |                                 |
   |     Defendants.                 |
18

19

20         On May 27, 2005 counsel for Plaintiff, J. PATRICK HERON, counsel for Defendants,

21 RENEE GIACOMINI-BREWER, and the Early Neutral Evaluator appointed herein, THOMAS

22 F. BERTRAND, Esq. held a joint telephone conference for the purpose of setting a date for a

23 ENE formal evaluation session.

24         Due to conflicts in the calendars of the above-named participants in the ENE formal

25 session, it is agreed that the formal session be set for Monday, October 31, 2005, and that all

26 written ENE statements shall be provided by counsel for the parties to the Evaluator no later than

27 October 26, 2005.

28

Agreement setting ENE forum session                               Dickson v. Taylor, et al.,
                                                              United States District Court
                                                              Northern District of California

Agreed: [signature] May 29, 2005

J. PATRICK HERON
Attorney for Plaintiff

[signature]

RENEE GIACOMINI BREWER
Attorney for Defendants

[signature]

THOMAS F. BERTRAND
Early Neutral Evaluator

ORDER
---

Good cause appearing therefor, IT IS HEREBY ORDERED that the time for holding the ENE session in this action is extended to October 31, 2005.

[signature]

Date: June 1, 2005

United States District Judge

Agreement Setting ENE formal session       -2-

Dickson v. Taylor, et al.,
United States District Court
Northern District of California