UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GEORGE DICKSON,<br><br>       Plaintiff(s),<br><br>  v.<br><br>JEFFREY TAYLOR, et al.,<br><br>       Defendant(s). | No. C04-4947 PJH (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

**IT IS HEREBY ORDERED** that a telephonic conference to discuss the outstanding discovery dispute is scheduled for **Friday, December 16, 2005, at 9:00 a.m.** Counsel for plaintiff shall get counsel for defendant on the line and contact chambers at **415-522-4093.**

Dated: December 13, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DICKSON\TELE.CONF1.ORDER.wpd

1