UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER GEORGE DICKSON, | ) | |
| Plaintiff(s), | ) | No. C04-4947 PJH (BZ) |
| v. | ) | **BRIEFING ORDER** |
| JEFFREY TAYLOR, et al., | ) | |
| Defendant(s). | ) | |

Following the telephonic discovery conference, **IT IS HEREBY ORDERED** that the parties try to resolve the current discovery dispute(s) in accordance with the views expressed by the court. If the dispute(s) cannot be resolved, defendants are granted leave to file an opposition by **January 6, 2006** and any reply shall be filed by **January 13, 2006.** The court will notify the parties if a hearing is necessary.

Dated: December 19, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DICKSON\DISC2.ORDER.wpd

1