**J. PATRICK HERON**
*Attorney at Law*
1330 Lincoln Avenue, Suite 308-A
San Rafael, CA 94901
*Tel.:* (415) 459-4983
*Fax:* (415) 485-5338

June 13, 2006

Clerk, U.S. District Court
U.S. Magistrate Judge James Larson
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Dickson v. Taylor, et al.
             Case No. C 04-04947 PJH (JL)
             Consent to Proceed before U.S. Magistrate Judge at Settlement Conference

Dear Clerk:

Please be advised that Plaintiff in the above-referenced matter is available for the Settlement Conference which has been set in this matter on July 19, 2006 at 2:00 P.M. to proceed before the Hon. James Larson, United States Magistrate Judge.

Plaintiff's counsel is also available on June 29, 30, July 3, 5, 6, 7, 10, 11, 12, 13, 14, 17, 18, 19, 20 and 21 and August 23, 2006.

Very truly yours,

/s/ J. Patrick Heron
J. Patrick Heron
Attorney for Plaintiff
WALTER GEORGE DICKSON

JPH/pas

    The settlement conference is scheduled for Wednesday, July19, 2006 at 2:00 p.m. in Courtroom F.  The parties shall provide confidential statements by July 12, 2006.

*IT IS SO ORDERED*
*Judge James Larson*
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA