| | |
|---|---|
| 1 | PATRICK K. FAULKNER, COUNTY COUNSEL<br>Renee Giacomini Brewer (SBN 173012) |
| 2 | Room 303, 3501 Civic Center Drive<br>San Rafael, CA  94903 |
| 3 | Tel: (415) 499-6117, Fax: (415) 499-3796 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GEORGE DICKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY TAYLOR, AL FLORES, RICHARD BATES, MATTHEW NORTH, ANDREW SMITH, ERIK RICHARDSON, THE MARIN COUNTY SHERIFF'S OFFICE, COUNTY OF MARIN, and DOES 1 through 100, inclusive, | Defendants.<br><br>Case No. C04 4947 PJH<br><br>A~~MENDED~~ ~~PROPOSED~~ ORDER |

The Court previously ordered the video taped deposition of Margie McDonald.  This Court now orders that Legal Videos reporter be allowed to enter the Federal Building located at 450 Golden Gate Avenue, San Francisco, California on Tuesday, September 19, 2006, with a copy of the video taped deposition and any other machinery that is necessary to play back the video taped deposition.  The reporter will report to Judge Hamilton's courtroom number 3, located on the 17th floor.

Dated_ 9/18/06 _____

_____
Judge of ...

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**General Verdict**  —  Dickson v. Taylor, et al.,
United States District Court
Northern District of California