J. PATRICK HERON, ESQ.
(SBN 45331)
1330 Lincoln Ave., Suite 308
San Rafael, CA 94901
Tel.: (415) 459-4983
Fax: (415) 485-5338

Attorney for Plaintiff

RENEE GIACOMINI BREWER, ESQ.
(SBN 173012)
Office of Marin County Counsel
3501 Civic Center Drive, Room 303
San Rafael, CA 94903

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GEORGE DICKSON,<br><br>              Plaintiff,<br><br>      vs.<br><br>JEFFREY TAYLOR, et al.,<br><br>              Defendant | Case No.: C 04-4947 PJH<br><br>**STIPULATION RE: DEFENDANTS' BILL OF COSTS AND PLAINTIFF'S RIGHT TO APPEAL** |

The parties hereto, through their respective attorneys of record, hereby stipulate as follows:

1.   That Defendants' costs of trial herein are reduced to $ 5,000.00; and

2.   That Plaintiff may pay these costs on or by January 31, 2007.

Plaintiff WALTER GEORGE DICKSON hereby waives his right to appeal the judgment herein, or any portion thereof.

IT IS SO STIPULATED:

Dated: October 10, 2006

_____
J. PATRICK HERON
Attorney for Plaintiff

_____
RENEE GIACOMINI BREWER
Attorney for Defendants

1 | Good cause appearing, IT IS SO ORDERED.
2 | Dated: October 16, 2006

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE